**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| BP Pipelines (Alaska) Inc.,<br><br>Petitioner,<br><br>vs.<br><br>Federal Energy Regulatory Commission and United States of America ,<br><br>Respondents. | No. 16-1013<br><br>(consolidated with Nos. 16-1018, 16-1022, 16-1025, and 16-1026) |

**JOINT MOTION FOR APPROVAL OF BRIEFING FORMAT**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and in response to the Court's order of April 4, 2016, the parties to the above-captioned case jointly request that the Court approve the proposed briefing format and time intervals described below.

1. Petitioners will join in a single initial brief not to exceed the standard 14,000-word allotment.
2. There will be no intervenor brief supporting the petitioners.
3. Respondents will file a single brief not to exceed the standard 14,000-word allotment.

4. Based on the briefing in the proceeding below, the State of Alaska and other intervenors supporting respondents are not fully aligned on the major issues.
5. Non-State intervenors supporting respondents will file a single brief under Circuit Rules 28(d) and 32(a) not to exceed the standard 8750 words.
6. Intervenor State of Alaska, a governmental entity, will exercise its right under Circuit Rule 28(d)(4) to file a separate brief in support of respondents not to exceed 7000 words;
7. The petitioners will file a single reply brief not to exceed 10,000 words.
8. The parties will file their respective briefs at the following time intervals:
   - 60 days from the due date of petitioners' opening brief for respondents' brief;[1]
   - 14 days from the due date of respondents' brief for intervenors' briefs; and
   - 21 days from the due date of intervenors' briefs for petitioners' reply brief.

Respectfully submitted,

*<u>/s/ Eugene R. Elrod</u>*
Eugene R. Elrod
Joseph R. Guerra
John T. Hebden
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
(202) 736-8206

*Counsel for ExxonMobil Pipeline Co.*

[1] On February 29, 2016, Respondent Federal Energy Regulatory Commission filed a consent motion requesting a 60-day briefing interval for its brief in this case. This motion remains pending before the Court.

*/s/ Dean H. Lefler*
Dean H. Lefler
Deborah R. Repman
Caldwell Boudreaux Lefler PLLC
1800 West Loop South, Suite 1680
Houston, TX 77027
(713) 357-6234

*Counsel for BP Pipelines (Alaska) Inc.*

*/s/ Steven H. Brose*
Steven H. Brose
Steven Reed
Daniel J. Poynor
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-6250

*Counsel for ConocoPhillips Transportation Alaska, Inc.*

*/s/ David W. D'Alessandro*
David W. D'Alessandro
Kelly A. Daly
Marie D. Zosa
Stinson Leonard Street LLP
1775 Pennsylvania Avenue NW
Suite 800
Washington, DC 20006
(202) 785-9100

*Counsel for Koch Alaska Pipeline Company, LLC*

*/s/ J. Patrick Nevins*
J. Patrick Nevins
Sean Marotta
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004
(202) 637-5600

*Counsel for Unocal Pipeline Company*

*/s/ Robert J. Wiggers*
Robert J. Wiggers
James J. Fredricks
U.S. Department of Justice
Antitrust Division, Appellate Section
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-2413

*Counsel for United States of America*

*/s/ Lona T. Perry*
Lona T. Perry
Robert H. Solomon
Federal Energy Regulatory Commission
Office of the Solicitor
888 First Street NE
Washington, DC 20426
(202) 502-6600

*Counsel for Federal Energy Regulatory Commission*

*/s/ Clyde E. Sniffen*
Craig W. Richards
Clyde E. Sniffen
John M. Ptacin
Office of the Attorney General, State of Alaska
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5200

*/s/ Bradley S. Lui*
Bradley S. Lui
Marc A. Hearron
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW
Suite 6000
Washington, DC 20006
(202) 887-1500

*Counsel for State of Alaska*

*/s/ Robin O. Brena*
Robin O. Brena
David W. Wensel
Kelly M. Moghadam
Brena, Bell & Clarkson, PC
810 N Street, Suite 100
Anchorage, AK 99501
(907) 258-2000

*/s/ Joseph S. Koury*
Joseph S. Koury
Andrew T. Swers
Wright & Talisman, PC
1200 G Street NW, Suite 600
Washington, DC 20005
(202) 393-1200

*Counsel for Anadarko Petroleum Company*

*/s/ Eric F. Citron*
Eric F. Citron
Goldstein & Russell, PC
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636

*/s/ Jonathan D. Simon*
Jonathan D. Simon
Michael Diamond
Van Ness Feldman LLP
1050 Thomas Jefferson Street NW
Suite 700
Washington, DC 20007
(202) 298-1800

*/s/ Angela K. Speight*
Angela K. Speight
Petro Star Inc.
3900 C Street
Suite 802
Anchorage, AK 99503
(907) 339-6600

*Counsel for Petro Star Inc.*

Dated: May 3, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing through the Court's CM/ECF system on all registered counsel on this 3rd day of May, 2016.

/s/ John T. Hebden